THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR ROMEO, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 483 of the Penal Law and of assault in the third degree. Judgment affirmed. No opinion. Adel, Acting P. J., MacCrate, Schmidt and

Murphy, JJ., concur; Beldock, J., dissents and votes to reverse the judgment of conviction and to dismiss the information on the ground that the defendant's guilt was not established beyond a reasonable doubt.